# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1205

GABRIEL TECHNOLOGIES CORPORATION
and TRACE TECHNOLOGIES, LLC,

Plaintiffs-Appellants,

v.

QUALCOMM INCORPORATED,
SNAPTRACK, INC., and NORMAN KRASNER,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in No. 08-CV-1992, Judge Anthony J. Battaglia.

Authorized Abbreviated Caption[2]

GABRIEL TECHNOLOGIES CORP. V QUALCOMM INCORPORATED, 2013-1205

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.