**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Gabriel Technologies Corp., et al.   v.   Qualcomm, Inc. et al.

No. 13-1205

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se      ✓ As counsel for: Gabriel Technologies Corp. and Trace Technologies, LLC
                                   Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant
✓ Appellant       _____Appellee     _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant      _____Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Keith M. Cochran |
| Law firm: | Chapin Fitzgerald LLP |
| Address: | 550 West C Street, Suite 2000 |
| City, State and ZIP: | San Diego, CA 92101 |
| Telephone: | (619) 241-4810 |
| Fax #: | (619) 955-5318 |
| E-mail address: | kcochran@cftriallawyers.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Mar. 7, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes     _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 4/12/2013 | s/ Keith M. Cochran |
| Date | Signature of pro se or counsel |

cc: _____

## CERTICATE OF SERVICE

I certify that on April 12, 2013, I caused to be electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /s/ Keith M. Cochran
Keith M. Cochran