NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**GABRIEL TECHNOLOGIES CORPORATION AND
TRACE TECHNOLOGIES, LLC,**
*Plaintiffs-Appellants,*

**v.**

**QUALCOMM INCORPORATED, SNAPTRACK, INC.,
AND NORMAN KRASNER,**
*Defendants-Appellees.*

———————————

2013-1058

———————————

Appeal from the United States District Court for the Southern District of California in No. 08-CV-1992, Judge Anthony J. Battaglia.

-------------------------------------------------------------------------

**GABRIEL TECHNOLOGIES CORPORATION AND
TRACE TECHNOLOGIES, LLC,**
*Plaintiffs-Appellants,*

**v.**

**QUALCOMM INCORPORATED, SNAPTRACK, INC.,
AND NORMAN KRASNER,**
*Defendants-Appellees.*

————————————

2013-1205

————————————

Appeal from the United States District Court for the
Southern District of California in No. 08-CV-1992, Judge
Anthony J. Battaglia.

————————————

**ON MOTION**

————————————

**O R D E R**

Gabriel Technologies Corporation and Trace Technol-
ogies, LLC (collectively "Appellants") move without oppo-
sition to lift the stay issued by this court on April 15,
2013, consolidate this appeal with No. 2013-1058, grant
the parties leave to cite the appendices used in No. 2013-
1058, and set a particular briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

1)   The motion to lift the stay is granted.

2)   The motion to consolidate is granted to the extent
that Nos. 2013-1058 and 2013-1205 will be treated as
companion cases and will be assigned to the same merits
panel.

3)   In briefing No. 2013-1205, the parties may cite to
the appendices in No. 2013-1058.  Supplemental appen-
dices are permitted if necessary.

4)   Appellants must file their opening brief in No.
2013-1205 within 60 days of this order.  Qualcomm Incor-
porated, Snaptrack, Inc., and Norman Krasner are di-
rected to respond to the opening briefs in Nos. 2013-1058

GABRIEL TECHNOLOGIES CORP. v.QUALCOMM INCORPORATED    3

and 2013-1205 within 60 days of filing of the appellants'
opening brief in 2013-1205.  Appellants must file their
reply briefs in Nos. 2013-1058 and 2013-1205 within 14
days of filing of the appellees' briefs.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25